UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-2776

V. LEE COOPER,

Plaintiff - Appellant,

versus

I-NET, INCORPORATED; KAVELLE BAJAJ; KEN BAJAJ;
JEFFREY ROSOLIO,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
93-2417-DKC)

Argued: May 8, 1996                    Decided: June 3, 1996

Before HALL and WILKINS, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ARGUED:** Robert Olin Johnston, JOHNSTON, RIVLIN & FOLE, L.L.P.,
Washington, D.C., for Appellant. Daniel A. Masur, I-NET, INC.,
Bethesda, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

V. Lee Cooper appeals an order of the district court granting summary judgment to his former employer and three of its officers in Cooper's suit alleging breach of contract, fraud, and civil conspiracy.  We have considered the briefs and arguments of the parties, and we affirm the judgment of the district court for the reasons stated in that court's memorandum opinion.  Cooper v. I-NET, Inc., et al., No. DKC 93-2417 (D. Md., Aug. 16, 1995).

AFFIRMED